**UNITED STATES DISTRICT COURT WESTERN
DISTRICT OF WASHINGTON AT TACOMA**

Hon. J. Kelley Arnold

SONDRA KRAUSE, Plaintiff,

    v.

Civil No. C05-5809-JKA

GEORGIA PACIFIC CORPO RATION, a
for profit Georgia Corporation,
and Eric King, Jane Doe King,
and the marital community
comprised thereof,

ORDER OF
DISMISSAL

      Defendants.

THIS MATTER having come before this Court on the stipulated motion of the parties, and it appearing to the Court that all matters in controversy herein between the plaintiff and the defendants have been fully settled and compromised, and the Court having been advised in the premises, now, therefore, IT IS HEREBY ORDERED,

That the above referenced cause of action is dismissed with prejudice and without any further claims for fees, costs, sanctions or other relief associated with this matter.

DATED this 28th day of June, 2007.

*/s/ J. Kelley Arnold*

U.S. Magistrate Judge

ORDER OF DISMISSAL 1